UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUSTIN VALENCIA                                          :

                                                        :        ORDER
              Plaintiff,                                          25 Civ. 9002 (PAE) (GWG)
                                                        :

    -v.-                                                 :

                                                        :

                                                        :

MIDTOWN HOSPITALIY, LLC                                  :

                                                        :

              Defendant.                                :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        The Court notes that plaintiff has filed an affirmation of service on defendant through the Secretary of State (Docket # 8).   Because of problems of notice that sometimes arise with this method, plaintiff is directed to promptly send by regular mail to defendant at each of the three addresses listed on its website (https://cravefishbar.com/#about-us) (1) a copy of this Order, (2) a copy of the summons and complaint, and (2) a copy of the affirmation of service.

        Plaintiff shall file a sworn statement indicating his compliance with this Order on or before February 9, 2026.   If no response to the complaint is filed by March 2, 2026, plaintiff shall file a motion for a default judgment by March 16, 2026.   The motion shall be returnable before Judge Engelmayer and shall comply with his Individual Practices (Paragraph 3.M).

        SO ORDERED.

Dated:  February 2, 2026
        New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge